MANUEL SALDANA (SBN: 137060)
I. HOOSHIE BROOMAND (SBN: 210206)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

NEAL WALTERS (New Jersey SBN: 77020)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1000 Main Street, Suite 500
Voorhees, NJ 08043-4636
Telephone: (856) 761-3400
Facsimile: (856) 761-1020

Attorneys for Defendants
GENERAL MOTORS CORPORATION and AM GENERAL LLC erroneously sued as AM GENERAL CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY LEMMA and SCOT LEMMA, ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> GENERAL MOTORS CORPORATION, AM ) <br> GENERAL CORPORATION, and DOES ONE ) <br> through TEN, ) <br> ) <br> Defendants. ) <br> ) | CASE NO.  2:05-CV-01987-GEB-GGH <br><br> **[PROPOSED] ORDER DISMISSING DEFENDANT GENERAL MOTORS CORPORATION** |

Pursuant to the Stipulation by the parties filed with this court on November 1, 2005,

**IT IS HEREBY ORDERED** that Defendant GENERAL MOTORS CORPORATION is hereby dismissed without prejudice pursuant to FRCP 41(a) (1).

DATED: December 6, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

-1-