IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY LEMMA and SCOT LEMMA,<br>　　　　　Plaintiffs,<br>　　v.<br>GENERAL MOTORS CORPORATION and AM GENERAL CORPORATION,<br>　　　　　Defendants. | 2:05-cv-1987-GEB-GGH<br><br>ORDER |

　　　　On June 14, 2006, the parties filed a "Stipulation to Continue Federal Rule of Civil Procedure 26(A)(2) Initial Expert Witness Disclosure and Rebuttal Expert Disclosure" in which the parties seek to amend these prescribed dates in the Status (Pretrial Scheduling) Order ("Rule 16 Order").

　　　　Since the parties stipulate to having the referenced portions of the Rule 16 Order modified, and the modifications can be made in a manner that will not adversely affect the Court's docket, the good cause issue will not be reached.  Although the Stipulation only requested modification of the expert disclosure dates, granting the parties' requested change to these dates will

affect subsequent prescribed dates in the Rule 16 Order.  Thus, to accommodate the parties' request certain subsequently prescribed dates will also be modified.

Therefore, the Rule 16 Order is modified as follows:

(1)  Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)'s initial expert witness disclosure and report requirements on or before September 22, 2006, and with the rebuttal expert disclosures authorized under the Rule on or before October 24, 2006;

(2)  discovery shall be completed by January 19, 2007;

(3)  the last hearing date for motions shall be March 19, 2007, at 9:00 a.m.; and

(4)  the final pretrial conference is set for May 29, 2007, at 1:30 p.m.[1]

IT IS SO ORDERED.

Dated:  June 26, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] This closure of the time gap between the trial commencement date of June 26, 2007, and the final pretrial conference, necessitated to accommodate the parties' requested modifications to the Rule 16 Order, will most likely mean that a federal judge supervised settlement conference will not be scheduled in this action because that was the purpose of the larger time gap.

2