IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
TRACEY LEMMA and SCOT LEMMA,    )
                                )    2:05-cv-1987-GEB-GGH
               Plaintiffs,      )
                                )
     v.                         )    ORDER
                                )
AM GENERAL CORPORATION,         )
                                )
               Defendant.       )
_____)
```

      The stipulation the parties filed on October 18, 2006, will not be signed since it is unclear whether what they propose is practicable in light of the discovery completion date.

      IT IS SO ORDERED.

Dated: October 24, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge