UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRACEY LEMMA and SCOT LEMMA,        )
                                    )        2:05-cv-1987-GEB-GGH
                Plaintiffs,         )
                                    )
        v.                          )        ORDER
                                    )
AM GENERAL CORPORATION,             )
                                    )
                Defendant.          )
_____)

        On January 11, 2007, counsel for Defendant filed a Notice of
Settlement indicating that "a settlement has been reached" between the
parties.  Therefore, dispositional documents shall be filed no later
than February 5, 2007.  Failure to respond by this deadline may be
construed as consent to dismissal of this action without prejudice,
and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure
to file dispositional papers on the date prescribed by the Court may
be grounds for sanctions.").

        IT IS SO ORDERED.

Dated:  January 12, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28